E-FILED
Wednesday, 22 September, 2021  03:44:40 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

FILED

SEP 22 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

)
)
Plaintiff,  )

*Mr. + Mrs. Aubrey + Lucille Bart*

v.  )  Case No. *21- 2243*
)
)
Defendant(s).  )

*~ Kankakee City Police*

## PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

### I.   JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II.   PARTIES

**Plaintiff:**

A.   Plaintiff, a citizen of *United* (state), who resides at *647 North Hammes Kankakee IL 60901*, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant *Kankakee City Police Dept.* is employed as a
(a) (Name of First Defendant)

*Detective*
(b) (Position/Title)

with *Kankakee City Police, 385 E Oak St 60901*.
(c) (Employer's Name and Address)

1

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: a White guy name Dan Anderson broke in our house + Cut my Daughters Brake line for her car. Det. Police Cover it up Dan Anderson came back to our home to steal our riding Lawn Mor We caught him. Kankake City Police Cover it up again.

**Defendant #2:**

C.     Defendant _City Police Kankake IL_ is employed as a

        (a) (Name of Second Defendant)

_____

        (b) (Position/Title)

with _Kankake City Police_ .

        (c) (Employer's Name and Address)

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #3:**

D.     Defendant_____is employed as a

(a) (Name of Third Defendant)

_____

(b) (Position/Title)

with_____.

(c) ) (Employer's Name and Address)

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: Our Civil Rights has been Violated more than once. a man, name Dan Anderson a white guy broke in our home, and took our Generator + Chain Saw. Det Martene Cover it up. Dan tried breaking in our home again. We caught him Det Martene again. Cover it up. Dan Anderson tried to R.ill our daughter again Det Martene Cover it up. Mr. Anderson cut our Daughter Beake line on her Car, and umited it. My Family + I was treated like we was not suppose to be on Earth I am a 70 year old African American. We lost our Business

**Additional Defendant(s) (if any):**

E.     Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

### III. PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in federal court? Yes
☐               ☑No

B.    If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

    1.    Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2.    Date of Filing:

    3.    Case Number:

    4.    Jurisdiction/Court:

    5.    Name of Judge:

    6.    Issues Raised:

    7.    Disposition of Case (for example:   Was the case dismissed?   Was it appealed?   Is it still pending?):

    8.    Date of Final Disposition:

## IV. STATEMENT OF CLAIM

***State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.***

1. On or about _5-4-20 20_ (month, day, year), at approximately _11 O Clock_
☐ a.m. ☑ p.m., plaintiff was present in the municipality (or unincorporated area of)
_647 N Hammes Kankake St al mon_ , in the County of
_name Dan Anderson broke in my_ in the State of Illinois, at
_Home, Ilinois Police Cover up Discrimination_ ,
where defendant(s) violated plaintiff's civil rights as follows (*check each box that applies*):

☐     arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

☐     searched plaintiff or his property without a warrant and without reasonable cause;

☐     used excessive force upon plaintiff;

☑     failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

☐     failed to provide plaintiff with necessary medical care;

☑     conspired together to violate one or more of plaintiff's civil rights;

☐     other (*please explain*): _Dan Anderson also tried to Kill My Daughter but he did hurt my Daughter by Cuting her break line on Car Police Det Josiph Martinez Covers it up_

2. Plaintiff was charged with one or more crimes, specifically:

_____

_____

3. The criminal proceedings (*check the box that applies*):

☐     are still pending.
☐     were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
☐     resulted in a finding of guilty on one or more of the charges.
☐     other: _I was told Joseph Martenz was terminated by Police._

4.  Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

I called Det Martinez on the phone at least 5 times about Dan Anderson breaking in my home and cutting my daughter brake line on her car. Det Martinez said he did not care. Dan Anderson found out my daughter seen him with my generator and told me. Thats why he cut her brake line in front of 3 witness and She got hurt. Det Martinez cover it up. Dan Anderson is a white man. I went to the State att Office and let them know. Det Martinez found out I went there and he threaten me. Then I went to the Deputy Chief office Willie Hurt. He got Det Lacie Fangre to Investigate. She call me 2 weeks later and told me its going to be turn over to the State Attorny. Det Martinez stop that and Cover it up I had to let my business go because I had to go out of town every week. I was not going to leave my Family with Police Cover ups

5.  Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6.  As a result of Defendant's conduct, plaintiff was injured as follows:

_____

_____

_____

7.  Plaintiff asks that this case be tried by a jury.  ☐ Yes    ☐ No

## V. PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ _5,000,000_ to compensate for *(check all that apply)*:

    - ☐ bodily harm
    - ☑ emotional harm
    - ☑ pain and suffering
    - ☑ loss of income
    - ☑ loss of enjoyment of life
    - ☑ property damage

2. Punitive Damages: ☑ Yes ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.


## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: _9-20-2021_

Signature of Plaintiff: _Aubrey + Mrs Lucille Burt_

Plaintiff's Name *(print clearly or type)*: _Aubrey + Lucille, Burt_

Mailing Address: _647 N Hammes Ave_

City: _Kankakee_          State: _Il_     Zip: _60901_

Plaintiff's Telephone Number: _(815) 523-7540_

7

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

*FILED*

SEP 22 2021

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

|  |  |
|---|---|
| *Aubrey & Lucille Burt* <br> Plaintiff(s) <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br><br> *Kankakee City Police Dept* <br> Defendant(s) <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | *Aubrey & Lucille Burt* |
| Street Address | *647 N Hammes ave* |
| City and County | *Kankakee, Kankakee County* |
| State and Zip Code | *Il 60901* |
| Telephone Number | *815-523-7540* |
| E-mail Address | *lucilleburt6@gmail.com* |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name — Det Joseph Martine

Job or Title *(if known)* — Kankakee City Police officer

Street Address — 385 E oak St

City and County — Kankakee, Kankakee

State and Zip Code — IL 60901

Telephone Number — 815-933-3321

E-mail Address *(if known)*


Defendant No. 2

Name — Kankakee City Police Dept

Job or Title *(if known)*

Street Address — 385 E oak St

City and County — Kankakee, Kankakee County

State and Zip Code — IL 60901

Telephone Number — 815-933-3321

E-mail Address *(if known)*


Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*


Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

**II.**    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.   If the defendant is a corporation

The defendant, *(name)* _Kankake City Police_ , is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

We lost our business because of Police Cover up about Dan Anderson breaking in our home. Dan Anderson is a White guy. Dan Anderson Found out our Daughter seen him with our Generator and told us he got mad and cut her brake line on her Car Police Cover that up.

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1V Dan Anderson came to our home three times The Police Cover it up. When he tried to Rill Our Daughter the Police Cover that up. We couldnot leave our home more than a hour And our business But Transportation we had to go out of Town alot. My Wife said She would stay home, But I couldnot take that chance When the Police Study Covering up What ever he do to us. I am 70 Years Old and a African American My Family Suffer over this all Summer all Fall and Winter.

Ashey Bust

## V.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  *9-20-2021*

Signature of Plaintiff   *Aubrey & Lucille Burt*

Printed Name of Plaintiff   *Aubrey & Lucille Burt*

### B.      For Attorneys

Date of signing:  _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____